**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CRIMINAL NUMBER 17-148** |
| | : | |
| | : | |
| **NATHANIEL PAGAN** | : | |

**ORDER**

**AND NOW**, this 22nd day of June, 2026, upon consideration of Nathaniel Pagan's Motion for Reduction of Sentence (ECF 54), the government's response in opposition (ECF 55) and the record as a whole, it is hereby **ORDERED** that the motion is **DENIED.**

BY THE COURT:

_____

HON. MIA R. PEREZ